A. Dean Bennett, ISB #7735
HOLLAND & HART LLP
U.S. Bank Plaza, Suite 1400
101 South Capitol Boulevard
Post Office Box 2527
Boise, Idaho  83701-2527
Telephone:  (208) 342-5000
Facsimile:   (208) 343-8869
adbennett@hollandhart.com

Jack M. Englert, Jr., *pro hac vice*
HOLLAND & HART LLP
6380 S. Fiddler's Green Circle, Suite 500
Greenwood Village, CO 80111
Telephone:  (303) 290-1087
Facsimile:  (303) 290-1606
jenglert@hollandhart.com

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TERRI EMPEY;<br><br>                    Plaintiff,<br>vs.<br><br>BATTELLE ENERGY ALLIANCE, LLC'S INSURANCE PLAN; BATTELLE ENERGY ALLIANCE, LLC; LIFE INSURANCE COMPANY OF NORTH AMERICA; LIFE INSURANCE COMPANY OF NORTH AMERICA d/b/a CIGNA GROUP INSURANCE and CIGNA GROUP INSURANCE;<br><br>                    Defendants. | Case No. 4:12-CV-378-REB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Terri Empey and defendants Battelle

Energy Alliance, LLC's Insurance Plan, Battelle Energy Alliance, LLC, and Life Insurance

Company of North America, which has also been incorrectly named as "Life Insurance Company

STIPULATION FOR
DISMISSAL WITH PREJUDICE - 1

of North America d/b/a Cigna Group Insurance" and "Cigna Group Insurance," provide notice of their dismissal of this action with prejudice with the parties to bear their own legal fees and costs.

DATED this 14th day of January, 2013.

HOLLAND & HART LLP

By: */s/ Jack M. Englert, Jr.*
      Jack M. Englert, Jr.
      A. Dean Bennett
ATTORNEYS FOR DEFENDANTS

PETERSEN, PARKINSON & ARNOLD, PLLC

By: */s/ James C. Arnold*
      James C. Arnold
ATTORNEYS FOR PLAINTIFF

5940929_1